Wilhelmina Einberger v. Denwood Realty Company, Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

James A. Foley, as Receiver, v. Reginald Ronalds and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

B. N. C. Waist Company, Inc., v. B. N. S. Waist Company, Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Marguerite Piguet v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Mary K. Porter v. Henry L. Bogert and Others, as Trustees.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Max Barth v. Audubon Boat Club, Inc., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Morris N. Bunt v. Samuel Grosner.— Motion to dismiss appeal denied,

with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.